# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00519-CV

**John Thomas Aiken, Appellant**

**v.**

**Angelique S. Naylor and Wells Fargo Bank, N.A., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-13-003527, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Counsel for John Thomas Aiken has notified this Court that he no longer wishes to pursue his appeal against Wells Fargo Bank, N.A. and has filed an unopposed motion to dismiss that appellee without prejudice.[1] We grant the motion and dismiss the appeal as to appellee Wells Fargo Bank, N.A. *See* Tex. R. App. P. 42.1(a). This appeal will continue under the same cause number and is restyled as *John Thomas Aiken v. Angelique S. Naylor*.

It is ordered on December 17, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

---

[1] Aiken's counsel provided a signed, file-stamped copy of an order of nonsuit that Aiken took against Wells Fargo Bank, N.A. in the underlying cause and stated that Aiken's notice of appeal and brief inadvertently listed Wells Fargo as an appellee.